## LOUISE BAILEY KRONHOLM *v.* CONRAD JOHN KRONHOLM

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Kerry M. Wisser,* in support of the petition.

*Bruce Louden,* in opposition.

Decided December 20, 1988

## ANGELA KIERNAN ET AL. *v.* ROADWAY EXPRESS, INC., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 625, is denied.

*Michael J. McClary* and *Hugh F. Keefe,* in support of the petition.

*Carl J. Schuman,* assistant attorney general, in opposition.

Decided December 20, 1988

## STATE OF CONNECTICUT *v.* THOMAS MANKUS

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 184, is denied.

*Joseph G. Bruckmann,* assistant public defender, in support of the petition.

*James M. Ralls,* deputy assistant state's attorney, in opposition.

Decided December 20, 1988